| | | | |
|---|---|---|---|
| Rourke v. Pennsylvania Nat. Mut. Cas. Ins. Co. ..... | 12/16/2015575 MAL (2015) | Denied | Pa.Super., 116 A.3d 87 |
| Willis, In re Estate of; Willis, In re [3] .. | 12/01/2015284, 285 WAL (2015) | Denied | Pa.Super., —— A.3d —— |
| Wishnefsky v. Evans | 12/07/2015634 MAL (2015) | Denied | Pa.Super., 125 A.3d 446 |
| Wisler v. Manor Care of Lancaster PA, LLC ......... | 12/01/2015762 MAL (2015) | Denied | Pa.Super., 124 A.3d 317 |
| Wyse v. Leone...... | 12/02/2015251 WAL (2015) | Denied | Pa.Super., 121 A.3d 1118 |

| | | | |
|---|---|---|---|
| Eastern Logistics, Inc. v. W.C.A.B. (Jenkins) ......... | 12/16/2015669 MAL (2015) | Denied | |
| Frazer Tp. v. Frazer Tp. Police Ass'n... | 12/01/2015323 WAL (2015) | Denied | Pa.Cmwlth., 118 A.3d 494 |
| Gibraltar Rock, Inc. v. New Hanover Tp.; New Hanover Tp., In re........ | 12/16/2015508 MAL (2015) | Denied | Pa.Cmwlth., 118 A.3d 461 |
| GAI Consultants, Inc. v. Homestead Borough; Borough of Homestead, In re .............. | 12/11/2015313 WAL (2015) | Denied | Pa.Cmwlth., 120 A.3d 417 |

3. Reconsideration Denied January 7, 2016.